# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| James Paul Aery and Aaron William Dick, | Case No. 21-CV-2422 (PJS/JFD) |
| Plaintiffs, | |
| v. | **ORDER** |
| Unknown Actors in the Employ of the Beltrami County Jail, in their individual and official capacities; NMJC; Robert Billings, Sgt.; Sennenfelder, Sgt.; M.E.N.D., Nurse Tech, in their individual and official capacity; and D.O.C., Paul Schnell, in his individual and official capacity, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation issued on December 7, 2021 (Dkt. No. 6). No party filed objections to the Report and Recommendation. Accordingly, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Dkt. No. 6) is **ADOPTED**; and

2. Plaintiff Aaron William Dick is **DISMISSED WITHOUT PREJUDICE** from this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

Date: January 10, 2022

*s/Patrick J. Schiltz*
PATRICK J. SCHILTZ
United States District Judge