UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES PAUL AERY, | Case No. 21-CV-2422 (PJS/JFD) |
| Plaintiff, | |
| v. | ORDER |
| ROBERT BILLINGS, MEND, BEN DICKINSON, TODD LEONARD, TATE, BELTRAMI COUNTY, PATRICIA GRIMSELY, and COLANDRA ALLEN, | |
| Defendants. | |

James Paul Aery, plaintiff, pro se.

Dyan J. Ebert and Elle M. Lannon, QUINLIVAN & HUGHES, PA, for defendants.

This matter is before the Court on plaintiff James Paul Aery's objection to the July 21, 2023 Report and Recommendation ("R&R") of Magistrate Judge John F. Docherty. Judge Docherty recommends granting the summary-judgment motions of defendants Robert Billings, Ben Dickinson, Tate Stenson, Beltrami County, Patricia Grimsley, and Calandra Allen. The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court adopts the thorough and careful R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court ADOPTS the R&R [ECF No. 72]. Accordingly, IT IS HEREBY ORDERED THAT:

1. The motion for summary judgment of defendants Robert Billings, Ben Dickinson, Tate Stenson, Beltrami County, Patricia Grimsley, and Calandra Allen [ECF No. 56] is GRANTED.

2. Plaintiff's 42 U.S.C. § 1983 claims against defendants Robert Billings, Ben Dickinson, Tate Stenson, Beltrami County, Patricia Grimsley, and Calandra Allen are DISMISSED WITH PREJUDICE.

3. Plaintiff's state-law assault claims against defendants Robert Billings and Tate Stenson are DISMISSED WITHOUT PREJUDICE.

Dated: August 16, 2023     s/Patrick J. Schiltz
                           Patrick J. Schiltz, Chief Judge
                           United States District Court